# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES VESTAL, an incompetent adult, by and through his next friend and Mother, KIMBERLY CARTER,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BALLARD-MONTGOMERY, M.D.,<br><br>Defendant. | CIVIL ACTION CASE<br>2:24-cv-00494-RDP |

## MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT FOR ALLEGED ACTS OR OMISSIONS OF DR. KAREN BALLARD-MONTGOMERY

COMES NOW the United States of America by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Jack Hood and Margaret Lester Marshall, Assistant U.S. Attorneys, and pursuant to 42 U.S.C. § 233(c), hereby respectfully moves this Honorable Court to substitute the United States of America for Dr. Karen Ballard-Montgomery, M.D., as the defendant in this action for all alleged acts or omissions committed by her that gave rise to said action. In support of this request, the United States avers as follows:

1

1.      Plaintiff filed the above-referenced medical malpractice complaint in the Circuit Court of Bibb County, Alabama, on January 10, 2024. Plaintiff alleged that on or about from February 7, 2019 through May 25, 2023 (date of colonoscopy that revealed a colorectal mass which was determined to be stage IV metastatic adenocarcinoma), Dr. Ballard-Montgomery, an employee of the Cahaba Medical Care Foundation ("Health Center"), provided Plaintiff with negligent medical care in failing to diagnose and treat this cancer at an earlier stage. (*See* Complaint, Exhibit 1 to Notice of Removal).

2.      At the time of the alleged incidents, Dr. Ballard-Montgomery, M.D., was employed by the Cahaba Medical Care Foundation, an entity that the Secretary of Health and Human Services had deemed to be employed by the Public Health Service ("PHS") under applicable provisions of the Federally Supported Health Centers Assistance Act ("FSHCAA") (42 U.S.C. § 233(g)-(n)). By operation of the FSHCAA, Dr. Ballard-Montgomery, M.D., was deemed to be a Public Health Service employee at the time of the incidents giving rise to suit. Accordingly, Plaintiff's tort claims fall under the Federal Tort Claims Act ("FTCA"), and Dr. Ballard-Montgomery, M.D., is eligible for defense as if she were an employee of the United States.

3.      In these circumstances, Congress has provided by statute that the remedy against the United States provided by 28 U.S.C. 1346(b) and 28 U.S.C.

2672 is exclusive. 42 U.S.C. 233(a), (g). The United States is the only proper defendant in an FTCA action, and individual federal employees are entitled to personal immunity under the FTCA if they were acting within the scope of employment. PHS has confirmed that Dr. Ballard-Montgomery, M.D., was acting within the scope of her "deemed" employment with the Cahaba Medical Care Foundation at the time of the alleged actions. 42 U.S.C. 233(g). The United States Attorney has so certified. (*See* Certification, Exhibit 2 to Notice of Removal). Consequently, Dr. Ballard-Montgomery, M.D., is personally immune from this suit.

4.  Section 42 U.S.C. 233(c) provides that upon certification by the Attorney General that the defendant employee was acting within the scope of his employment at the time of the incident out of which the claim arose and removal to Federal court, a civil action commenced upon a claim against the employee for damages for personal injury (including death) resulting from the performance of medical, surgical, or related functions shall be deemed a tort action against the United States.

4.  A proposed order is being submitted herewith for the convenience of this Honorable Court, and it will be emailed to Chambers.

WHEREFORE, Defendant United States respectfully requests that it be substituted as the party defendant for defendant Dr. Karen Ballard-Montgomery,

3

M.D., with further pleadings and papers reflecting the United States of America as the proper defendant in lieu of Dr. Karen Ballard-Montgomery, M.D.

                                          Respectfully submitted,

                                          PRIM F. ESCALONA
                                          UNITED STATES ATTORNEY

                                          **s/ Jack Hood**
                                          Jack Hood
                                          **s/ Margaret Lester Marshall**
                                          Margaret Lester Marshall
                                          Assistant United States Attorneys
                                          U.S. Attorney's Office
                                          State Bar No. D41J (Hood)
                                          State Bar No. X29Q (Marshall)
                                          1801 Fourth Avenue North
                                          Birmingham, Alabama 35203
                                          (205) 244-2001
                                          (205) 244-2181 (fax)
                                          jack.hood@usdoj.gov
                                          margaret.marshall@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the foregoing Notice of the United States Under 42 U.S.C. § 233(l)(1) was sent by first-class mail and by email on April 19, 2024, to the following:

                    Lloyd W. Gathings, Esq.
                    Todd S. Strohmeyer, Esq.
                    Attorneys for Plaintiff
                    Gathings Law
                    2140 11st Avenue North
                    Suite 210
                    Birmingham, Alabama 35205
                    Telephone: (205) 322-1201
                    Fax: (205) 322-1202

E-mail: lgathings@gathingslaw.com
E-mail: tstromeyer@gahtingslaw.com

/s/ **Jack Hood**
Jack Hood
Assistant United States Attorney

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES VESTAL, an incompetent adult, by and through his next friend and Mother, KIMBERLY CARTER,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BALLARD-MONTGOMERY, M.D.,<br><br>Defendant. | CIVIL ACTION CASE 2:23-cv- |

### (PROPOSED) ORDER

Upon application of the United States and for good cause shown, the United States of America is hereby substituted pursuant to 42 U.S.C. § 233(c) for defendant Dr. Karen Ballard-Montgomery, M.D., for the cause(s) of action directed against said individual defendant. This action will proceed against the United States in lieu of Dr. Karen Ballard-Montgomery, M.D., with all future pleadings to be served upon the United States Attorney. The caption of the above-styled cause will be changed to reflect the United States as the named defendant in place of Dr. Karen Ballard-Montgomery, M.D., with all future pleadings to reflect said change.

1

The United States shall have 60 days after entry of this Order to serve its answer or other responsive pleading. *See* Fed. R. Civ. P. 12(a)(3).

DONE, on this the ___ day of April 2024.

_____

UNITED STATES DISTRICT JUDGE
