UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES VESTAL,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:24-CV-494-RDP |
| } | |
| **KAREN BALLARD-MONTGOMERY,** } | |
| **M.D.,** } | |
| } | |
| Defendant. } | |

## ORDER

This matter is before the court on the United States of America's Motion to Substitute (Doc. # 2) and Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. # 3).

Plaintiff James Vestal, by and through his mother Kimberly Carter, filed this action in the Circuit Court of Bibb County, Alabama on January 10, 2024. (Doc. # 1). The Complaint asserts claims of negligence and wantonness against Defendant Dr. Karen Ballard-Montgomery in connection with medical care she provided to Plaintiff. (*Id.*). At all relevant times, Dr. Ballard-Montgomery was an employee of Cahaba Medical Care Foundation, an entity that the Secretary of Health and Human Services has deemed to be an employee of the Public Health Service under applicable provisions of the Federally Supported Health Centers Assistance Act (42 U.S.C. § 233(g)-(n)). (*Id.* at ¶ 3). Because of this, on April 19, 2024, the United States of America, on behalf of Dr. Ballard-Montgomery, removed the case from the Circuit Court of Bibb County, Alabama to the United States District Court for the Northern District of Alabama under 42 U.S.C. § 233(c). (*Id.* at ¶ 6).

On April 19, 2024, the United States filed a Motion to Substitute itself as Defendant for Dr. Ballard-Montgomery. (Doc. # 2). In the Motion to Substitute, the United States avers that it is the proper defendant in this action under 42 U.S.C. § 233(c) because Dr. Ballard-Montgomery was acting within the scope of her federal employment at the time the incidents occurred and, thus, is personally immune from suit. (*Id.* at ¶ 3-4). In support of the Motion to Substitute, the United States attached an affidavit pursuant to 42 U.S.C. § 233(c) and 28 C.F.R. § 15.3(a) certifying that Dr. Ballard-Montgomery was acting within the scope of her employment as an employee of the United States at the time the incidents out of which Plaintiff's claims arose. (Doc. # 1 at 34).

Simultaneously, the United States filed a Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. # 3), seeking to dismiss the matter under Federal Rule of Civil Procedure 12(b)(1) due to Plaintiff's failure to exhaust administrative remedies. In the alternative, the United States moves for summary judgment because it alleges there are no genuine issues of material fact, and it is entitled to judgment as a matter of law. (*Id.*).

After careful review of the Motions, it is hereby **ORDERED** as follows:

1. The United States of America's Motion to Substitute (Doc. # 2) is **GRANTED**. The United States of America is hereby **SUBSTITUTED** for Defendant Dr. Ballard-Montgomery in accordance with 42 U.S.C. § 233(c). This action **SHALL** proceed against the United States of America in lieu of Dr. Ballard-Montgomery, with all future pleadings to be served upon the United States Attorney for the Northern District of Alabama. The Clerk of Court is **DIRECTED** to change the caption of the above-styled case to reflect the United States of America as the named defendant in place of Dr. Ballard-Montgomery.

2. **On or before May 1, 2024**, Plaintiff **SHALL** file a response to the United States of America's Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. # 3). The United States's reply, if any, **SHALL** be filed **on or before May 8, 2024**.

**DONE** and **ORDERED** this April 22, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE