# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES VESTAL, an incompetent adult, by and through his next friend and Mother, KIMBERLY CARTER,** | ) ) ) ) |
| Plaintiff, | ) Case No.: 2:24-CV-494-RDP |
| v. | ) ) ) |
| **UNITED STATES OF AMERICA,** | ) ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff and files his response to Defendant's Motion to Dismiss. In light of the findings presented in its Motion to Dismiss regarding the employment of the Physician at issue in this medical malpractice action, Plaintiff respectfully requests this Honorable Court dismiss this action WITHOUT prejudice so Plaintiff may pursue his claim under the FTCA.[1] *See Chamblin v. United States,* 2022 WL 17721585 (N.D. Ala. 2022)(factually similar case dismissing action without

---

[1] Plaintiff admits he has not filed an administrative claim under the FTCA as Plaintiff was simply unaware that the physicians at Cahaba Medical Facility were Federal employees. Although the United States findings prevent remand, Plaintiff has weighed the danger of delay in pursuing discovery over the federal employee issue versus the possibility of a subsequent finding that the physician was in fact an independent contractor, and Plaintiff believes the best procedural route is for the dismissal without prejudice of his state law complaint in order to initiate his administrative claim.

1

prejudice where Court lacked subject matter jurisdiction for failure to exhaust administrative remedies under the FTCA).

Respectfully submitted this the 30th day of April, 2024.

                                        *s/ Lloyd W. Gathings*
                                        State Bar ID: (asb-1365-g58l)
                                        OF COUNSEL:
                                        Gathings Law
                                        2140 11th Avenue S., Ste. 210
                                        Birmingham, AL 35205
                                        lgathings@gathingslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically serve a true and accurate copy of the foregoing on the following attorney(s) of record in this action:

Prim F. Escalona
United States Attorney

Jack Hood
Margaret Lester Marshall
Assistant United States Attorneys
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
205-244-2001
205-244-2181 (fax)
Jack.Hood@usdoj.gov
Margaret.Marshall@usdoj.gov

                                        *s/ Lloyd W. Gathings*
                                        OF COUNSEL