# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES VESTAL,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 2:24-CV-00494-RDP<br>} |
| **UNITED STATES OF AMERICA,** | }<br>} |
| Defendant. | } |

## ORDER OF DISMISSAL

This matter is before the court on Plaintiff's Response to Defendant's Motion to Dismiss. (Doc. # 5).

In Plaintiff's Response (Doc. # 5), he requests the court dismiss this action without prejudice so that he may pursue his claims under the FTCA. (*Id.* at 1). Accordingly, the court construes Plaintiff's Response (Doc. # 5) as a Stipulation of Dismissal without Prejudice.

In accordance with Plaintiff's Stipulation of Dismissal without Prejudice (Doc. # 5), the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this July 2, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE